## AFFIDAVIT OF SERVICE

**United States District Court for the Northern District of Georgia**

Case Number: 1:21-CV-04000-CAP

Plaintiff:
**THOMAS CROWTHER**

vs.

Defendant:
**BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA, MICHELE REED, SCOTT THORP, BENJAMIN
HUTTON and BROOKS KEEL**

For:
Parks, Chesin & Walbert, P.C.
75 14th Street N.E., 26th Floor
Atlanta, GA 30309

Received by Absolute Reporting, LLC to be served on **Michele Reed, Board of Regents of the University System of Georgia, 270 Washington Street SW, Atlanta, GA 30334**

I, Christopher Todd Horton, being duly sworn, depose and say that on the **30th day of September, 2021** at **12:15 pm, I:**

served **Michele Reed** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **Josiah Heidt,** title: **Legal Counsel,** a person authorized to accept process for, **Michele Reed,** at the address of: **270 Washington Street SW, Atlanta, GA 30334,** the within named person's usual place of Work, who resides therein, and is a person of suitable age and discretion**.**

**Additional Information pertaining to this Service:**
9/30/2021  12:15 pm  Josiah Heidt is legal counsel for the Board of Regents of the University System of Georgia and is authorized to accept service.

**Description** of Person Served: Age: 35, Sex: M, Race/Skin Color: White, Height: 6'4", Weight: 220, Hair: Light Brown, Glasses: N

I certify that I am a citizen of the United States over the age of 18 and  have no interest in the above-styled case.

Signed and sworn before me on the ____ day of
_____ by the affiant who is personally
known to me or produced identification.

NOTARY PUBLIC

**Christopher Todd Horton**
Process Server ID No. CPS243

**Absolute Reporting, LLC**
930 New Hope Road
Suite 11-110
Lawrenceville, GA 30045
(770) 736-8106

Our Job Serial Number: RBC-2021001418
Ref: THOMAS CROWTHER

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a