# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| THOMAS CROWTHER,<br><br>Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, MICHELE REED, SCOTT THORP, BENJAMIN HUTTON and BROOKS KEEL,<br><br>Defendants. | Civil Action File No.:<br><br>1:21-CV-04000-MHC |

## ACKNOWLEDGMENT OF SERVICE OF PROCESS

Through their undersigned counsel, Defendants Michele Reed, Scott Thorp, Benjamin Hutton, and Brooks Keel hereby acknowledge receipt and sufficiency of service of the Summons and Complaint in their official capacities on the date set forth below. These Defendants waive all further notice, service, and process of same in their official capacities. All other defenses are hereby reserved.

This 22nd day of October, 2021.

Respectfully submitted,

CHRISTOPHER M. CARR           112505
Attorney General

- 2 -

|  |  |
|---|---|
| BRYAN K. WEBB<br>Deputy Attorney General | 743580 |
| KATHERINE P. STOFF<br>Senior Assistant Attorney General | 536807 |
| **s/ Devin Hartness Smith**<br>DEVIN HARTNESS SMITH<br>Special Assistant Attorney General | 918980 |

PLEASE SERVE:

DEVIN HARTNESS SMITH
Special Assistant Attorney General
Cook & Tolley LLP
304 East Washington Street
Athens, Georgia 30601
Telephone: (706) 549-6111
Facsimile: (706) 548-0956
Email: devinhsmith@cooktolley.com
*Counsel for Defendant Board of Regents of the University System of Georgia and Defendants Michele Reed, Scott Thorp, Benjamin Hutton, and Brooks Keel*

## CERTIFICATE OF SERVICE

I certify that I have this day filed the foregoing Acknowledgment with the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to all attorney of records.

This 22nd day of October, 2021.

                                    **s/ Devin Hartness Smith**
                                    DEVIN HARTNESS SMITH    918980