IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHREN DISTRICT OF GEORGIA
ATLANTA DIVISION

**THOMAS CROWTHER,**

    **Plaintiff,**

    v.                                                    Case No. 1:21-CV-04000-MHC

**BOARD OF REGENTS OF THE
UNIVERSITY SYSTEM OF GEORGIA,
et. al.,**

    **Defendants.**

**PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS**

    Plaintiff Thomas Crowther hereby respectfully requests the Court extend his deadline to respond to Defendants' Motion to Dismiss (ECF No. 32-33). Plaintiff's combined response to Defendants' Motion to Dismiss is currently due to the Court on November 26, 2021. There have been no previous extensions of these deadlines. Plaintiff requests that the Court extend his deadline to respond to Defendant's Motion to Dismiss to December 20, 2021. The basis for this request is as follows:

1. The undersigned has communicated with counsel for the Defendants. Counsel for the Defendants do not oppose the relief requested by the Plaintiff in this motion.

2. Due to the incoming holidays, the number of claims seeking to be dismissed, and the complexity of this case, Plaintiff needs additional time to prepare and submit his response to the motion.

1

For good cause shown, the Plaintiff respectfully requests that the Court extend his deadline to respond to Defendants' Motion to Dismiss to December 20, 2021. A proposed order granting the relief requested is attached to this motion.

**Dated: November 18, 2021**

        **Respectfully submitted,**
        **Nesenoff & Miltenberg, LLP**
        *Attorneys for Plaintiff*

        By: /s/ Andrew T. Miltenberg, Esq.
            Andrew Miltenberg, Esq.
            Stuart Bernstein, Esq.
            Kristen Mohr, Esq.
            363 Seventh Avenue, 5th Floor
            New York, New York 10001
            212-736-4500 (telephone)
            212-736-2260 (fax)
            amiltenberg@nmllplaw.com
            sbernstein@nmllplaw.com
            kmohr@nmllplaw.com