IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| THOMAS CROWTHER,<br><br>    Plaintiff,<br><br>v.<br><br>BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA, MICHELLE REED, SCOTT THORP, BENJAMIN HUTTON, and BROOKS KEEL,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-4000-MHC |

## ORDER

This case comes before the Court on Plaintiff's Unopposed Motion for an Extension of Time ("Pl.'s Mot.") [Doc. 34]. For good cause shown, Plaintiff's Motion is **GRANTED**. It is hereby **ORDERED** that Plaintiff shall have up to and including December 20, 2021, to file his response to Defendants' Motion to Dismiss [Doc. 32] and Defendant Michele Reed's Motion to Dismiss [Doc. 33].

**IT IS SO ORDERED** this 18th day of November, 2021.

_____
MARK H. COHEN
United States District Judge