# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 01, 2023

Christopher Michael Carr
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Stephen John Petrany
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Devin Hartness Smith
Cook & Tolley, LLP
304 E WASHINGTON ST
PO BOX 1927
ATHENS, GA 30603

Katherine Stoff
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
ATLANTA, GA 30334

Bryan K. Webb
Georgia Department of Law
Attorney General's Office
40 CAPITOL SQUARE SW
RM 226A
ATLANTA, GA 30334

Appeal Number: 23-90011-D
Case Style: Board of Regents of the University System of Geor v. Thomas Crowther
District Court Docket No: 1:21-cv-04000-VMC

GENERAL DOCKET NUMBER: 23-12475

Permission to Appeal
Enclosed is the court's order granting permission to appeal. This appeal has been docketed under the general docket number shown above, which must be used for all future correspondence and filings instead of the previously assigned number. All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Certificate of Interested Persons and Corporate Disclosure Statement ("CIP")
Every motion, petition, brief, answer, response, and reply must contain a CIP. See FRAP 26.1; 11th Cir. R. 26.1-1. In addition:

- Appellants/Petitioners must file a CIP within 14 days after this letter's date.
- Appellees/Respondents/Intervenors/Other Parties must file a CIP within 28 days after this letter's date, regardless of whether Appellants/Petitioners have filed a CIP.
- Only parties represented by counsel must complete the web-based CIP. Counsel must complete the web-based CIP, through the Web-Based CIP link on the Court's website, on the same day the CIP is first filed.

The failure to comply with 11th Cir. Rules 26.1-1 through 26.1-4 may result in dismissal of the case or appeal under 11th Cir. R. 42-1(b), no action taken on deficient documents, or other sanctions on counsel, the party, or both. See 11th Cir. R. 26.1-5(c).

Mediation
If a Civil Appeal Statement is required to be filed and the appeal is fully counseled on all sides, your appeal will be reviewed and considered for mediation. Mediation services are at no cost to the parties. If no Civil Appeal Statement is required or you or any party to the appeal is self-represented or *pro se* then the appeal is not eligible for mediation. See 11th Cir. R. 33-1.

Attorney Admissions
Attorneys who wish to participate in this appeal must be properly admitted either to the bar of this court or for this particular proceeding, See 11th Cir. R. 46-1; 46-3; 46-4. In addition, all attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an appearance form within fourteen (14) days after this letter's date. The Application for Admission to the Bar and Appearance of Counsel Form are available on the Court's website. **The clerk generally may not process filings from an attorney until that attorney files an appearance form.** See 11th Cir. R. 46-6(b).

Docketing and Filing Fees
Pursuant to FRAP 5(d), the appellant must, within 14 days after the date of this order, pay to the DISTRICT COURT clerk the docketing and filing fees required by statute. See 28 U.S.C. § § 1913, 1917.

Transcript Information Form
Pursuant to FRAP 10(b), the appellant must, within 14 days, file a Transcript Information Form, which is available on the Court's website. See FRAP 10(b)(1); 11th Cir. R. 10-1. Unless a transcript is ordered, the appellant's brief is due 40 days after **August 1, 2023**. See 11th Cir. R. 12-1; 31-1.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

DKT-10 Petition Permission Granted

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-90011

_____

BOARD OF REGENTS OF THE UNIVERSITY SYSTEM OF GEORGIA,

                                                                                 Petitioner,

*versus*

THOMAS CROWTHER,

                                                                                Respondent.

_____

Petition for Permission to Appeal from the
United States District Court for the
Northern District of Georgia
D.C. Docket No. 1:21-cv-04000-VMC

_____

| 2 | Order of the Court | 23-90011 |
|---|---|---|

Before WILSON, JILL PRYOR, and GRANT, Circuit Judges.

BY THE COURT:

Petitioner's petition for permission to appeal under 28 U.S.C. § 1292(b) is GRANTED.

The Clerk's Office is DIRECTED to consolidate the appeal resulting from the grant of this petition and appeal no. 23-11037, *Machelle Joseph v. Board of Regents of the University System of Georgia*, for merits disposition after briefing in each appeal has been completed. The briefing in each appeal shall proceed separately. The Clerk's Office also is DIRECTED to file this order in appeal no. 23-11037.